

ORDERED in the Southern District of Florida on August 11, 2025.



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 24-17893-EPK |
| | Chapter 11 |
| THE ALTITUDE GROUP, LLC, | |
| DBA CORE HOME SECURITY, | |
| | |
| Debtor. | |
| _____/ | |

### ORDER CONFIRMING 3rd AMENDED 11 PLAN OF LIQUIDATION
### PROPOSED BY THE DEBTOR

The Court having reviewed 3rd AMENDED 11 PLAN OF LIQUIDATION PROPOSED BY THE DEBTOR *(The "Plan"),* filed at ECF No.154; and

WHEREAS, no objections have been filed; and

WHEREAS, the court having held a hearing on this matter on July 30th at 2pm at the West Palm Beach court house; and

WHEREAS, the court made The following findings of fact:

a. The Class 1 creditors had accepted the Plan; and

b. That the Plan is a liquidating plan of reorganization; and

c. That the unsecured class 4 creditors rejected the plan; and

d. That, as only a single class of creditors has accepted the plan, confirmation can only go forward under section 1129(b); and

e. That no creditors junior to class 4 creditors that rejected the Plan, will receive any property of the estate; and

f. That the only creditors that will receive any property of the estate are the Class 1 creditors; and

g. That service of the Plan is popper; and

h. That pursuant to section 1129(b)(1) all the requirements of subsection (a) of 1129 except paragraph (8) are met with respect to the Plan; and

i. The Plan does not discriminate unfairly; and

j. The Plan is fair and equitable with respect to each class of claims or interests that are impaired under, and has not accepted, the Plan

WHEREAS, the court received the Debtor's president, Ryan Neil's Confirmation Affidavit into evidence to support the confirmation of the Debtor's Plan;

It is **NOW ORDERED and ADJUDGED,** that

A. the Debtor's 3rd Amended Plan of Reorganization filed at ECF No.154 is CONFIRMED; and

B. The Debtor is authorized to make all distributions per the plan on the 10th day after the effective date pursuant to the Plan; and

C.  This order approving the Plan shall become final without waiting the standard 14 day period after this courts signature; and

D.  This court shall retain jurisdiction over this case until such time as the case is closed.

###

**Attorney of record, Tate M. Russack is directed to serve a copy of this order on all required parties and file a certificate of service indicting the same with this court.**

Submitted by:

Tate M Russack, Esquire
**RLC, PA Lawyers & Consultants**
396 Bayshore Drive
Venice Florida 34285
Tate@russack.net
561-571-9601 Office
410-353-2176 Cell